SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 100
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Richard Conrad

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RICHARD CONRAD, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION, et. al., <br><br> Defendants. | Case No.: 5:16-cv-04660-NC <br><br> STIPULATION TO DISMISS DEFENDANT WELLS FARGO BANK, NATIONAL ASSOCIATION; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Richard Conrad and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

DATED: June 27, 2017            Sagaria Law, P.C.

                                By:     /s/ Elliot W. Gale
                                            Elliot W. Gale
                                Attorneys for Plaintiff
                                Richard Conrad


DATED: June 27, 2017            Severson & Werson APC



                                By:     /s/ Alisa Givental
                                            Alisa Givental
                                Attorneys for Defendant
                                Wells Fargo Bank, N.A.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa Givental has concurred in this filing.

*/s/ Elliot Gale*


## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Defendant Wells Fargo is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: June 29, 2017            _____
                                NATHANAEL M. COUSINS
                                UNITED STATES MAGISTRATE JUDGE

**GRANTED**
Judge Nathanael M. Cousins